# EXHIBIT B

June 27, 2025

TO:        LVNV Funding LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

*Via* CERTIFIED MAIL

Re:        Account No. ending in -2787, with a balance of $1,195.07 (Account No. Ending in 7512 with a balance of $1,195.07 Original Creditor Credit One Bank, N.A.)

To Whom It May Concern:

Our office represents MIGUEL CEDENO with respect to the above-referenced account (the "Account"). MIGUEL CEDENO disputes validity of the debt your organization claims to be owed in connection with the Account, as well as demands validation of said debt. Do not contact or communicate with our client MIGUEL CEDENO directly. Direct and/or send all communications and/or correspondence regarding the Account to our office, located at 110 SE 6th Street Suite 1732 Fort Lauderdale, FL 33301, 561-542-8550.

Sincerely,

Patti Zabaleta Law Group

Page: 1 of 1